

FILED
2020 JAN 31 AM 7:54
CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

### Request and Order to Amend Previous Petition and
### Order for Warrant for Offender Under Supervision

**Arizona Case No.: 26-01381MJ**

Name of Offender: **Adrian Garcia**                Docket Number: **2:13CR00829-001**

Name of Sentencing Judicial Officer:         **Honorable Clark Waddoups**
**Senior U.S. District Judge**

Date of Original Sentence: **June 25, 2019**
Original Offense: **Distribution of Methamphetamine**
Original Sentence: **120 Months Imprisonment/96 Months Supervised Release**

Type of Supervision: **Supervised Release**          Supervision Began: **July 5, 2019**

### PETITIONING THE COURT

☒ To amend the petition signed on November 22, 2019 AND issue a warrant, tolling of the supervision term: Last known address: 4000 South Redwood Road Apt 1045E, Salt Lake City, Utah 84123

### CAUSE

*Allegations on November 22, 2019:*

**Allegation No. 1:** On or about October 8, 2019, the defendant committed another federal, state, or local crime, to wit: engaged in the distribution methamphetamine.

**Allegation No. 2:** On or about October 8, 2019, the defendant unlawfully possessed a controlled substance, to wit: possessed methamphetamine, a controlled substance.

**Allegation No. 3:** On October 8, 2019, the defendant communicated or interacted with someone the defendant knew was involved in criminal activity.

*Additional allegations:*

**Allegation No. 4:** The defendant failed to report to the U.S. Probation Office, in the District of Utah, within 72 hours of release from imprisonment. The defendant was released from custody on January 27, 2020.

**Allegation No. 5:** On or about January 27, 2020, the defendant failed to comply with the requirements of the Location Monitoring Program by not submitting to location monitoring technology with the U.S. Probation Office and not complying with the home detention condition as ordered by the Court on January 27, 2020.

**Allegation No. 6:** The defendant failed to notify his U.S. Probation Officer of his change in living arrangements. On January 30, 2020, the defendant's apartment complex manager confirmed the defendant's

PROB 12C
D/UT 03/19

Adrian Garcia
2:13CR00829-001

apartment was vacated on or about January 13, 2020, despite a lease agreement through June 31, 2020, and no forwarding address was given. His current whereabouts are unknown.

Evidence in support of these allegations is derived from U.S. Probation Office records, and direct supervision efforts therein. Following his release from custody on January 27, 2020, and the requirement that he begin home detention upon release, the defendant failed to contact the U.S. Probation Office or to report his living arrangements. Attempts to contact the defendant with calls to his telephone and his girlfriend's telephone have been unsuccessful. Defense counsel confirmed he had been in contact with the defendant at the same telephone numbers attempted by the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

_____
by Elisha Hayes
U.S. Probation Officer
January 30, 2020

## THE COURT ORDERS:

☒ The issuance of a warrant with tolling of supervision time and that the original petition be amended to include all allegations outlined

☐ Other

_____
Honorable Clark Waddoups
Senior United States District Judge

Date:    January 30, 2020